# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161878(85)(88)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* KOPCZYK, Minors.

SC: 161878
COA: 348999
Macomb CC Family Division:
    2016-000191-NA;
    2016-000192-NA

_____/

On order of the Chief Justice, the separate motions of the lawyer-guardian ad litem and respondent-appellee to extend the time for filing their answers to the application for leave to appeal are GRANTED. The answers will be accepted as timely filed if submitted on or before October 9, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2020



Clerk